E-FILED
Thursday, 22 September, 2011  12:52:37 PM
Clerk, U.S. District Court, ILCD



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

RICHARD SMEGO, et al.,
    Plaintiffs,

v.                             Case No. 10-3334

ARAMARK FOOD SERV. CROP. et al.,
    Defendants.

### OBJECTION TO RICHARD SMEGO AS SPOKESPERSON

Now come before this Honorable Court We the undersigned Plaintiff(s), pro se, Object to Mr. Richard Smego being spokesperson.
As the court has stated in the accompany Case Management Order Mr. Smego is not an attorney as according to Cole v. C.I.R. 637 F.3d 767, 773 (8th Cir. 2011).
We do however, motion this honorable court for appointment of counsel to represent our interest in this matter.

_Larry Johnson_
Larry Johnson

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the indersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that they believe the same to be true.

Respectfully Submitted

_Larry Johnson_